UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DENETRIS BRISTER                           CIVIL ACTION

VERSUS                                     NO: 05-4034

UNIVERSAL SODEXHO AND                      SECTION: "J" (2)
ROWAN COMPANIES, INC.


                         **ORDER AND REASONS**

   Before the Court is defendant Universal Sodexho's Motion In Limine to Exclude Testimony of Plaintiff's Expert, Lewis C. Barbe. (Doc. 21.) Plaintiff opposes the motion. (Doc. 22.) For the following reasons the Court finds that the motion should be DENIED.

   Federal Rule of Evidence 403 provides that the Court may exclude evidence if its probative value is substantially outweighed by the danger of unfair prejudice, confusion, delay, or waste of time. Federal Rule of Evidence 702 permits expert testimony that is reliable and helpful. Because this will be a bench trial, the dangers listed in Rule 403 are significantly reduced and do not substantially outweigh Mr. Barbe's potential value as a witness. However, the Court would note that the

                                  1

probative value and helpfulness of Mr. Barbe's reports are unclear, even doubtful. The Court will not allow Mr. Barbe to offer common-sense opinions or useless technical information. Plaintiff should keep this *caveat* in mind when deciding on the expense of producing Mr. Barbe at trial.

Accordingly,

**IT IS ORDERED** that Universal Sodexho's Motion In Limine to Exclude Testimony of Plaintiff's Expert, Lewis C. Barbe (Doc. 21) is **DENIED**.

New Orleans, Louisiana this the 12th day of September, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE